UNITED STATES, Appellee

v

WILLIAM ERIC DRIGGINS, JR., Private U. S. Army, Appellant

No. 27,650

December 21, 1973

*Colonel Arnold I. Melnick, Major H. M. Hougen,* and *Captain Allan K. DuBois* were on the pleadings for Appellant, Accused.

*Lieutenant Colonel Ronald M. Holdaway, Lieutenant Colonel Donald W. Hansen, Captain James D. Hyde,* and *Captain Robert C. Roth, Jr.* were on the pleadings for Appellee, United States.

## OPINION OF THE COURT

PER CURIAM:

The sentence affirmed by the Court of Military Review is set aside and the record of trial is returned to the Judge Advocate General of the U. S. Army for resubmission to the U. S. Army Court of Military Review for reassessment of the sentence in light of United States v Alderman, 22 USCMA 298, 46 CMR 298 (1973).